AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christina Burden | ) | Case No. 4:21-mj-70194-MAG |
| | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Christina Burden,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1344 - Bank Fraud

Date:  February 3, 2021

*Virginia K. DeMarchi*
Issuing officer's signature

City and state:   San Jose, California

Hon. Virginia DeMarchi, Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) 02/05/2021, and the person was arrested on (date) 02/05/2021
at (city and state) Austin, TX.

Date: 02/05/2021

*[signature]*
Arresting officer's signature

Andrew Mayo, Special Agent
Printed name and title